IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| MICHAEL L. BRUNSON,<br>                    Appellant,<br>          vs.<br>THE STATE OF NEVADA<br>DEPARTMENT OF BUSINESS AND<br>INDUSTRY, REAL ESTATE DIVISION;<br>SHARATH CHANDRA IN HIS<br>OFFICIAL CAPACITY AS<br>ADMINISTRATOR OF THE REAL<br>ESTATE DIVISION; NEVADA<br>COMMISSION OF APPRAISERS OF<br>REAL ESTATE; AND CHRISTOPHER<br>LAUGER IN HIS OFFICIAL CAPACITY<br>AS PRESIDENT OF THE NEVADA<br>COMMISSION OF APPRAISERS OF<br>REAL ESTATE,<br>                    Respondents. | No. 82381<br><br>**FILED**<br><br>MAY 0 7 2021<br><br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY___S.Young___<br>DEPUTY CLERK |

*ORDER DISMISSING APPEAL*

This is an appeal from a district court order on a petition for judicial review of a findings of fact, conclusions of law and order entered by the Nevada Commission of Appraisers of Real Estate (Commission), wherein appellant was disciplined. Respondents have filed a motion to dismiss this appeal for lack of jurisdiction, appellant has filed an opposition, and respondents have filed a reply.

The order challenged on appeal upholds the Commission's findings of fact and all conclusions of law except for conclusion of law 6. In regard to conclusion of law 6, the challenged order remands to the Commission to determine "what evidence, if any, supports Conclusion of Law 6 and re-evaluate the discipline ordered based upon the Commission's assessment of Conclusion of Law 6." The challenged order directs the

21-13112

Commission to re-examine the evidence in relation to conclusion of law 6 and to re-evaluate its ordered discipline based upon the outcome of this re-examination. Thus, this court concludes that the challenged order is not the final judgment in this matter, and is therefore not appealable. *See Wells Fargo Bank v. O'Brien*, 129 Nev. 679, 310 P.3d 581 (2013) (holding that, in the administrative context, an order remanding to an administrative agency is not appealable, unless it constitutes a final judgment on the merits and remands merely for collateral tasks, such as calculating benefits found due). The motion to dismiss is granted, and this court

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.          _____, J.
Stiglich                                                  Silver

cc:    Hon. David M. Jones, District Judge
       Janet Trost, Settlement Judge
       Lipson Neilson P.C.
       Attorney General/Carson City
       Eighth District Court Clerk